

**ROJAS & OLIVA**

A PROFESSIONAL ASSOCIATION

ROBERTO ROJAS

RUBEN OLIVA

FOUNTAIN SQUARE

15800 PINES BLVD.
SUITE 206
PEMBROKE PINES, FL
33027

TEL.
305.373.6868

FAX
305.373.6768

WWW.
ROJASOLIVA
.COM

ATTORNEYS
&
COUNSELORS
AT LAW

September 7, 2011

The Honorable Brian Cogan
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:    United States v. Feither Rolando Aponte Castillo
                   Criminal Docket No. 06 CR 799 (S 2) (BMC)

Dear Judge Cogan:

The above referenced matter is scheduled for a continuation of the Curcio hearing on September 15th, 2011 at 1:00 p.m. Counsel is respectfully requesting that this matter be reset for the morning of September 23rd, 2011. Counsel has conferred with the Assistant United States Attorney, Daniel Spector, Esq., and court appointed Curcio counsel, Michael O. Hueston, neither of whom object to the requested continuance of the hearing date.

Accordingly, the parties jointly request that the Court adjourn the Curcio hearing to the date proposed above. The parties respectfully request that the Court exclude the time from September 15th, 2011 through the new date as scheduled by the Court. The parties submit that such an exclusion would serve the ends of justice in this matter and outweighs the best interest of the public and the defendant in a speedy trial pursuant to Title 18, United States Code, Section 3161(h)(7)(A), because it will allow the parties to finalize their disposition of this case. The Government joins in this request.

Respectfully submitted,

Ruben Oliva, Esq.

cc:    Daniel Spector, AUSA
       Michael O. Hueston, Esq.