

**ROJAS & OLIVA**

A PROFESSIONAL ASSOCIATION

ROBERTO ROJAS

RUBEN OLIVA

FOUNTAIN SQUARE

15800 PINES BLVD.
SUITE 206
PEMBROKE PINES, FL
33027

TEL.
305.373.6868

FAX
305.373.6768

WWW.
ROJASOLIVA
.COM

ATTORNEYS
&
COUNSELORS
AT LAW

March 28, 2012

The Honorable Brian Cogan
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

     RE: United States v. Feither Rolando Aponte Castillo
        Criminal Docket No. 06 CR 799 (S 2) (BMC)

Dear Judge Cogan:

The above referenced matter is scheduled for a status conference on March 30th, 2012 at 2:15 p.m. Counsel is respectfully requesting that this matter be reset for the end of April to allow the defendant to enter a plea of guilty. Specifically, this matter has been set for change of plea before the Honorable Magistrate Judge Steven M. Gold on April 4th, 2012 at 2:30 p.m. The adjournment requested herein will allow for this cause to be resolved by way of plea. Accordingly, counsel has conferred with the Assistant United States Attorney, Daniel Spector, Esq., who does not object to (and in fact joins) the requested continuance of the status conference.

Accordingly, the parties jointly request that the Court adjourn the status conference to the date proposed above. The parties respectfully request that the Court exclude the time from March 30th, 2012 through the new date as scheduled by the Court. The parties submit that such an exclusion would serve the ends of justice in this matter and outweighs the best interest of the public and the defendant in a speedy trial pursuant to Title 18, United States Code, Section 3161(h)(7)(A), because it will allow the parties to finalize their disposition of this case. The Government joins in this request.

Respectfully submitted,

Ruben Oliva, Esq.

cc: Daniel Spector, AUSA